UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-981 AG (CWx) | Date | March 26, 2014 |
|---|---|---|---|
| Title | MELINDA NATION et al. v. BAYER HEALTHCARE PHARMACEUTICALS, INC. et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE**

This case was originally filed in state court. Defendant Bayer Healthcare Pharmaceuticals, Inc. ("Bayer") removed the case despite the presence of a non-diverse defendant, arguing that the non-diverse defendant was fraudulently joined. The Court disagreed and remanded the case back to state court. *See Melinda Nation v. Bayer Healthcare Pharm.*, Case No. CV 13-4689 AG (ANx), Dkt. No. 30 (C.D. Cal. Aug. 19, 2013).

Defendant Bayer has again removed the case to federal court, again arguing that diversity jurisdiction exists because of fraudulent joinder. (*See* Notice of Removal, Dkt. No. 1.) The Court ORDERS Bayer to show cause in writing by April 3, 2014, why this action should not be remanded for lack of subject matter jurisdiction. Any party opposing the exercise of diversity jurisdiction may submit a response by April 10, 2014.

The Court is particularly interested in when additional evidence can be used to remove *a second time* after the Court previously reviewed the relevant issues and remanded.

The parties' arguments should also keep in mind this Court's decision in *Padilla v. AT&T Corp., et al.*, 697 F. Supp. 2d 1156 (C.D. Cal. 2009), which dealt with the issue of a

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-981 AG (CWx) | Date | March 26, 2014 |
|---|---|---|---|
| Title | MELINDA NATION et al. v. BAYER HEALTHCARE PHARMACEUTICALS, INC. et al. | | |

purported sham defendant.

: 0

Initials of Preparer